**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 01, 2010.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-61175-CAG-7 |
| | § | |
| FRANCISCO FLORES SLOAN and | § | |
| MICHELLE ANNETTE PINN-SLOAN, | § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| U.S. BANK, N.A., ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
| Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| FRANCISCO FLORES SLOAN and | § | |
| MICHELLE ANNETTE PINN-SLOAN; | § | |
| JAMES STUDENSKY, Trustee | § | |
| Respondents | § | JUDGE CRAIG A. GARGOTTA |

**ORDER LIFTING STAY AS TO DEBTOR**

On this day came on before the Court the Motion of U.S. BANK, N.A., ITS ASSIGNS

AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from Stay of Action Against

Debtor(s) pursuant to 11 U.S.C. § 362(a) and waiver of thirty day requirement pursuant to §

362(e).  The Court is advised that after proper notice and timely service of the Motion, no response has been filed and the Motion should be granted.  Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

> LOT THIRTEEN (13) BLOCK THREE (3) SUBDIVISION, PHASE FOUR, KILLEEN, BELL COUNTY, TEXAS, BEING OF RECORD IN CABINET C, SLIDE 105-A, PLAT RECORDS OF BELL COUNTY, TEXAS.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

# # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ YVONNE KNESEK-FOLTZ
    YVONNE KNESEK-FOLTZ
    TX NO. 11591800
    610 WEST 5TH STREET SUITE 602
    AUSTIN, TX 78701
    Telephone: (512) 477-0008
    Facsimile: (512) 477-1112
    E-mail:  WDECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT